IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY DAVIS MORGAN, also known as Sammy Davis Dewitt Morgan,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN, et al.,<br><br>Defendants. | No. 2:19-CV-1179-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The case currently proceeds on plaintiff's second amended complaint, filed September 9, 2019. See ECF No. 19. The sufficiency of plaintiff's second amended complaint will be addressed separately. On April 13, 2020, plaintiff filed a third amended complaint. See ECF No. 41. This filing is stricken as improperly filed. Specifically, it was not filed after obtaining a stipulation or leave of court to do so. See Fed. R. Civ. P. 15(a)(2).

IT IS SO ORDERED.

Dated: May 1, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1