# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY DAVIS MORGAN, | No. 2:19-CV-1179-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| MORGAN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff seeks discovery by way of a request for subpoena duces tecum. See ECF No. 50. Good cause appearing therefor, the request is granted. The Clerk of the Court is directed to forward plaintiff a blank subpoena duces tecum form.

IT IS SO ORDERED.

Dated: June 2, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1