IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY DAVIS MORGAN,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN, et al.,<br><br>Defendants. | No. 2:19-CV-1179-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are plaintiff's motion for leave to amend his second amended complaint (ECF No. 57) and plaintiff's proposed third amended complaint (ECF No. 59).

On June 29, 2020, plaintiff, without leave of the Court, submitted a third amended complaint. See ECF No. 59. On July 28, 2020, defendants filed an answer to plaintiff's third amended complaint. See ECF No. 63. Therefore, the Court construes the filing of an answer as non-opposition to plaintiff's motion for leave to amend. Good cause appearing therefor, plaintiff's motion for leave to amend (ECF No. 57) is granted and this action shall proceed on plaintiff's third amended complaint, filed June 29, 2020. By separate order, the Court will set a

///

///

1

schedule for this case.

               IT IS SO ORDERED.

Dated:  August 12, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE