**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMMY DAVIS MORGAN,<br><br>  Plaintiff,<br><br>  v.<br><br>MORGAN, et al.,<br><br>  Defendants. | No. 2:19-CV-1179-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

Pending before the Court is plaintiff's "Motion to Amend." (ECF No. 54). On May 26, 2020, plaintiff submitted a request for subpoena duces tecum. See ECF No. 50. On June 2, 2020, the Court granted plaintiff's request and directed the Clerk of the Court to forward plaintiff a blank subpoena duces tecum form. See ECF No. 51. Plaintiff now seeks to amend his "first submission of subpoena duces tecum." ECF No. 54, pg. 1.  While the Court cannot "amend" a subpoena that has already been executed by a party, the Court can direct the Clerk of the Court to issue a new blank subpoena form that plaintiff may complete and execute as he sees appropriate.

/ / /

/ / /

1

Also, before the Court is plaintiff's motion for an extension of time to serve subpoenas on defendants (ECF No. 62). The Court has not yet established a window for completion of discovery.  Therefore, there is no deadline related to subpoenas for the Court to extend.  Plaintiff's motion for an extension of time to serve subpoenas (ECF No. 62) will be denied as unnecessary.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court construes plaintiff's motion as a request for an additional subpoena duces tecum form and, so construed, plaintiff's motion (ECF No. 54) is granted;

2. Plaintiff's motion for an extension of time to serve subpoenas (ECF No. 62) is denied as unnecessary; and

3. The Clerk of the Court is directed to issue plaintiff a blank subpoena duces tecum form.

Dated:  August 12, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE