IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY DAVIS MORGAN,<br><br>   Plaintiff,<br><br> v.<br><br>MORGAN, et al.,<br><br>   Defendants. | No. 2:19-CV-1179-KJM-DMC-P<br><br><br>ORDER |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's motion to enter evidence (ECF No. 68). Plaintiff has submitted various exhibits in support of his claims. See ECF No. 65 and 68. There are currently no proceedings pending for which submission of evidence to the Court is appropriate. Therefore, plaintiff's motion to enter evidence (ECF No. 68) is denied and the Clerk of the Court is directed to strike plaintiff's filed exhibits (ECF Nos. 65 and 68).

   IT IS SO ORDERED.

Dated: August 19, 2020

                 DENNIS M. COTA
                 UNITED STATES MAGISTRATE JUDGE