**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMMY DAVIS MORGAN,<br><br>  Plaintiff,<br><br>  v.<br><br>MORGAN, et al.,<br><br>  Defendants. | No. 2:19-CV-1179-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On June 18, 2020, plaintiff filed a motion for leave to amend his second amended complaint. See ECF No. 57. Plaintiff's one-sentence motion set forth no basis for granting leave to amend. See id. On June 29, 2020, plaintiff submitted a third amended complaint in advance of any ruling from this Court. See ECF No. 59. On July 28, 2020, defendants filed an answer which, according to the caption, was in response to plaintiff's third amended complaint. See ECF No. 63. On August 12, 2020, the Court construed the filing of an answer as non-opposition to plaintiff's motion for leave to amend and ordered that the action proceed on plaintiff's third amended complaint. See ECF No. 70.

/ / /

/ / /

/ / /

1

On August 13, 2020, defendants filed a notice of errata, see ECF No. 66, and a first amended answer, see ECF No. 67.  In the notice of errata, defendants state that their prior answer was in response to the allegations set forth in the operative second amended complaint and that reference to the third amended complaint in the caption was the result of an error.  See ECF No. 66.  Pursuant to defendants' notice of errata and amended answer to plaintiff's second amended complaint, it is clear defendants intended to answer the second amended complaint, and not the improperly filed third amended complaint.  Thus, the Court's conclusion that the answer filed on July 28, 2020, constituted non-opposition to plaintiff's request to amend was rendered in error. Therefore, plaintiff' third amended complaint, filed without stipulation or leave of Court, shall be stricken. Any further amended complaints, filed without stipulation or leave of Court, will be similarly stricken.

This action proceeds on the second amended complaint, ECF No. 19, and is at-issue with the filing of defendants' first amended answer, ECF No. 67.  The Court will set a schedule for this litigation by separate order.

A review of the docket reflects that plaintiff has filed a document entitled "Notice, Motion to Objection, and Motion to Dismiss Defendant's [sic] Prayers for Relief."   See ECF No. 64.  The Court construes this filing as a motion to strike pursuant to Federal Rule of Civil Procedure 12(f)(2).  So construed, the motion is moot because it challenges defendants' answer filed on July 28, 2020, which has been superseded by the first amended answer filed on August 13, 2020.

Accordingly, it is HEREBY ORDERED that:

1.     The Court's August 13, 2020, order, ECF No. 70, granting plaintiff's motion for leave to amend as unopposed is vacated as having been issued in error

2.     Plaintiff's motion for leave to amend, ECF No. 57, is denied for lack of a showing supporting leave to amend;

3.     Plaintiff's third amended complaint, ECF No. 59, is stricken;

/ / /

/ / /

4. Plaintiff's "Notice, Motion to Objection, and Motion to Dismiss Defendant's [sic] Prayers for Relief," ECF No. 64, is construed as a motion to strike pursuant to Rule 12(f)(2) and, so construed, is denied as moot because the challenged pleading has been superseded; and

5. This action shall proceed on plaintiff's second amended complaint, ECF No. 19, and defendants' first amended answer, ECF No. 67.

Dated: August 19, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE