IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY DAVIS MORGAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MORGAN, et al.,<br><br>　　　　　Defendants. | No.  2:19-CV-1179-KJM-DMC-P<br><br><br>ORDER |

　　　　　Plaintiff, proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the court are plaintiff's motions (ECF Nos. 45 and 46[1]) for reconsideration of the Magistrate Judge's September 24, 2019, order.  Pursuant to Eastern District of California Local Rule 303(f), a Magistrate Judge's order shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the file, the court finds the Magistrate Judge's ruling was not clearly erroneous or contrary to law.  The September 24, 2019, order is, therefore, affirmed.

　　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　　1.　　The motions for reconsideration (ECF No. 45 and 46) are denied;

　　　　　2.　　The Magistrate Judge's September 24, 2019, order is affirmed; and

　　　　　3.　　No further motions for reconsideration of this order will be considered.

DATED:  October 15, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The motions appear to be identical and it may be that two copies were inadvertently docketed by the court. Nevertheless, the court includes both in this order.

1