1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SAMMY DAVIS MORGAN,                          No.  2:19-CV-1179-KJM-DMC-P

12                   Plaintiff,

13          v.                                     ORDER

14   MORGAN, et al.,

15                   Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action under

18   42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by

19   Eastern District of California local rules.

20          On August 13, 2020, the Magistrate Judge filed findings and recommendations,

21   which were served on the parties and which contained notice that the parties may file objections

22   within the time specified therein.  Plaintiff filed timely objections to the findings and

23   recommendations.  *See* ECF Nos. 78 and 79.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the

26   findings and recommendations to be supported by the record and by the proper analysis.

27   /////

28   /////

1

1            Accordingly, IT IS HEREBY ORDERED that:

2            1.      The findings and recommendations filed August 13, 2020, are adopted in

3    full;

4            2.      Plaintiff's motion for injunctive relief, ECF No. 52, is denied; and

5            3.      This matter is referred back to the assigned magistrate judge for all further

6    pretrial proceedings.

7    DATED:  December 2, 2020.

8

9    CHIEF UNITED STATES DISTRICT JUDGE

2