**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMMY DAVIS MORGAN, | No. 2:19-CV-1179-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| MORGAN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 107, for leave to file a third amended complaint.

Plaintiff seeks to amend the second amended complaint to substitute the Sacramento County Sheriff's Department in place of Defendant Sacrament County Main Jail. See id. at 1-2. Plaintiff also states he seeks to add new claims. See id. at 2-4. The motion is defective because Plaintiff has not submitted a proposed third amended complaint with the current motion. While Plaintiff submitted a third amended complaint with an earlier motion for leave to amend, See ECF Nos. 101 and 102, Plaintiff has by separate motion asked that those filing be withdrawn, a request the Court grants by separate order. Plaintiff's current motion for

///

///

1

leave to amend is denied without prejudice to renewal accompanied by a proposed third amended complaint.

IT IS SO ORDERED.

Dated: February 17, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE