IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY DAVIS MORGAN,<br><br>   Plaintiff,<br><br>   v.<br><br>MORGAN, et al.,<br><br>   Defendants. | No. 2:19-CV-1179-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 82, for issuance of subpoenas duces tecum.

Plaintiff seeks issuance of subpoenas duces tecum directed to the Sacramento County Sheriff's Department and Sacramento County Health Services Department to produce documents. See id. at 1. Good cause appearing therefor, Plaintiff's motion will be granted.

///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion, ECF No. 82, for issuance of subpoenas duces tecum is granted; and

2. The Clerk of the Court is directed to issue and send to Plaintiff two blank subpoenas duces tecum.

Dated: February 17, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE