**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMMY DAVIS MORGAN,<br><br>    Plaintiff,<br><br>  v.<br><br>MORGAN, et al.,<br><br>    Defendants. | No.  2:19-CV-1179-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 106, to withdraw prior motions.

This action currently proceeds on Plaintiff's second amended complaint.  See ECF No. 19.  The case is at issue with Defendants' amended answer to Plaintiff's second amended complaint.  See ECF No. 67.  The case has been scheduled.  See ECF No. 74.  Since issuance of the scheduling order, Plaintiff has filed three motions for leave to amend, see ECF Nos. 81, 101, and 107, as well as a proposed third amended complaint, see ECF No. 102.  In his motion to withdraw, Plaintiff seeks to withdraw his previous motions for leave to amend and proposed amended complaints.  See ECF No. 106, pg. 1.  Good cause appearing therefor, Plaintiff's motion will be granted.

/ / /

Plaintiff's motion for leave to amend at ECF No. 107, upon which Plaintiff wishes to proceed, is addressed separately.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion, ECF No. 106, to withdraw prior motions is granted; and

2. The motions for leave to amend at ECF Nos. 81 and 101 are withdrawn and terminated as pending motions on Plaintiff's request, and the proposed third amended complaint filed on December 18, 2020, ECF No. 102, is stricken.

Dated: February 17, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE