# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY DAVIS MORGAN, | No. 2:19-CV-1179-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| MORGAN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Defendants' motion, ECF No. 98, for modification for the schedule for this litigation. Defendants seek a six-month extension of the discovery cut-off deadline and the dispositive motions filing deadline. See id. at 1. Good cause appearing therefor, Defendants' motion will be granted.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion, ECF No. 98, for modification of the Court's August 20, 2020, scheduling order is granted;

2. The parties may conduct discovery until August 16, 2021; and

3. All dispositive motions shall be filed within 90 days after the discovery cut-off date specified above.

Dated:  February 17, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE