IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY DAVIS DEWITT MORGAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MORGAN, et al.,<br><br>    Defendants. | No. 2:19-CV-1179-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 116, for issuance of a subpoena duces tecum form.

Plaintiff's seeks a subpoena to obtain records from the Sacramento County Sheriff's Department. Concurrent with this order, the Court has permitted leave to amend substituting the Sacramento County Sheriff's Department in place of the Sacramento County Main Jail as a party to this action. Plaintiff may obtain information from parties by way of written discovery requests without the need for a subpoena. Plaintiff's motion is denied as unnecessary.

///

///

///

1

IT IS SO ORDERED.

Dated: June 23, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE