IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY DAVIS MORGAN, | No. 2:19-CV-1179-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

On June 22, 2022, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate]

1

court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 22, 2022, are adopted in full; and

2. Defendants' motion to dismiss, ECF No. 133, is denied in part and granted in part;

3. Defendants' motion is denied as to Plaintiff's Fourteenth Amendment pretrial detention conditions claim;

4. Defendants' motion is denied as to Plaintiff's Fourteenth Amendment excessive force claim;

5. Defendants' motion is granted as to all other claims; and

6. Defendants shall file an answer to Plaintiff's fourth amended complaint, ECF No. 127, within 30 days of the date of this order.

DATED: October 11, 2022.

CHIEF UNITED STATES DISTRICT JUDGE