1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SAMMY DAVIS DEWITT MORGAN,        |   Case No. 2:19-cv-01179-KJM-DMC (PC)

12              Plaintiff,             |   ORDER (1) SETTING SETTLEMENT
                                       |   CONFERENCE, (2) REQUIRING PERSONAL
13        v.                           |   ATTENDANCE BY CERTAIN
                                       |   INDIVIDUALS, AND (3) REQUIRING
14   SACRAMENTO COUNTY SHERIFF'S       |   SETTLEMENT CONFERENCE
     DEPARTMENT, *et al.*,             |   STATEMENT MEETING CERTAIN
15                                     |   PARAMETERS
              Defendants.             |
16

17

           Magistrate Judge Jeremy D. Peterson will hold a settlement conference by Zoom on
18
     February 14, 2023 at 10:00 a.m.  Counsel for the defendant(s) is directed to contact Courtroom
19
     Deputy Nic Cannarozzi via email at ncannarozzi@caed.uscourts.gov one week prior to the
20
     scheduled settlement conference to report on the institution's ability to produce the inmate for a
21
     remote appearance.  The court expects that the parties will proceed with the settlement conference
22
     in good faith and attempt to resolve all or part of the case.  If any party believes that the
23
     settlement conference will not be productive, that party shall so inform the court as far in advance
24
     of the settlement conference as possible.  Unless otherwise permitted in advance by the court, the
25
     following individuals must attend the settlement conference: (1) all of the attorney(s) who will try
26
     the case; and (2) individuals with full authority to negotiate and settle the case, on any terms.
27
           No later than one week prior to the settlement conference, each party must submit to
28
                                             1

1   Judge Peterson's chambers at jdporders@caed.uscourts.gov, or by mail at U.S. District Court,

2   501 I Street, Suite 4-200, Sacramento, CA 95814, a confidential settlement conference statement.

3   These statements should neither be filed on the docket nor served on any other party.  The

4   statements should be marked "CONFIDENTIAL" and should state the date and time of the

5   conference.  The statements should not be lengthy but should include:

6           (1) a brief recitation of the facts;

7           (2) a discussion of the strengths and weaknesses of the case;

8           (3) an itemized estimate of the expected costs for further discovery, pretrial, and trial

9   matters, in specific dollar terms;

10          (4) your best estimate of the probability that plaintiff will obtain a finding of liability

11  should this case proceed to trial, in percentage terms;

12          (5) should this case proceed to trial and defendant be found liable, please provide the

13  following, in specific dollar terms:

14              (a) a realistic high-end recovery estimate (*i.e.*, realistic best- or worst-case

15  scenario);

16              (b) a realistic low-end recovery estimate (*i.e.*, realistic worst- or best-case

17  scenario); and

18              (c) a best estimate of the most likely outcome;

19          (6) a history of settlement discussions, including:

20              (a) a statement of your expectations for settlement discussions;

21              (b) a listing of any past and present settlement offers from any party (including all

22  terms);

23              (c) whether your party would consider making the opening offer or demand, and

24  what that offer might be[1];

25          (7) a list of the individuals who will be participating in the settlement conference on your

26  party's behalf, including each participant's name and, if appropriate, title;

27  _____

28          [1] Please note that Judge Peterson will consider this response, among others, in evaluating
    whether proceeding with a settlement conference appears worthwhile.

                                            2

1         (8) plaintiff's anticipated release date;

2         (9) an estimate of restitution and fees, including court fees and filing fees, owed by

3   plaintiff; and

4         (10) identification of any related cases or of any other cases that the parties might wish to

5   discuss at this settlement conference.

6         In accordance with the above, it is hereby ORDERED that:

7         1.  A settlement conference is set before Magistrate Judge Peterson on February 14, 2023,

8   at 10:00 a.m.

9         2.  No later than February 7, 2023, each party must submit a confidential settlement

10   conference statement, as described above, to Magistrate Judge Peterson.

11

12

13   Dated:  December 20, 2022

14   JEREMY D. PETERSON
     UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3